DANA A. KRAVETZ, ESQ. (SBN 179718)
dkravetz@mrllp.com
AMANDA K. MONROE, ESQ. (SBN 276063)
amonroe@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, California 90024
Telephone: (310) 299-5500
Facsimile: (310) 299-5600

Attorneys for Defendant,
Briad Restaurant Group, L.L.C.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CREDITS GROUP, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BRIAD RESTAURANT GROUP, L.L.C., a New Jersey Limited Liability Company, and DOES 1-20,<br><br>Defendants. | Case No.: 2:22−cv−01888 GW (MRWx)<br>Judge: Hon. George H. Wu<br>Courtroom: 9D<br><br>**[PROPOSED] PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**<br><br>[Filed concurrently with Joint Stipulation for Protective Order]<br><br>Action Filed: February 16, 2022<br>Trial Date: None set |

1

1  The Court has considered the Joint Stipulation for Protective Order Regarding
2  Confidential Information concurrently filed by counsel for Plaintiff California Credits
3  Group, LLC and Defendant The Briad Restaurant Group, L.L.C.. The Court approves
4  the Stipulation for Protective Order and hereby enters said stipulation as an Order of
5  the Court.

7  **IT IS SO ORDERED.**

9  Dated:  08/23/2022              By:   /S/_____
10                                       Hon. Michael R. Wilner