DANA A. KRAVETZ, ESQ. (SBN 179718)
dkravetz@mrllp.com
AMANDA K. MONROE, ESQ. (SBN 276063)
amonroe@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, California 90024
Telephone: (310) 299-5500
Facsimile: (310) 299-5600

Attorneys for Defendant,
Briad Restaurant Group, L.L.C.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CREDITS GROUP, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BRIAD RESTAURANT GROUP, L.L.C., a New Jersey Limited Liability Company, and DOES 1-20,<br><br>Defendants. | Case No.: 2:22−cv−01888 GW (MRWx)<br>Judge: Hon. George H. Wu<br>Courtroom: 9D<br><br>**[PROPOSED] PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**<br><br>[Filed concurrently with Joint Stipulation for Protective Order]<br><br>Action Filed: February 16, 2022<br>Trial Date: None set |

1

**[PROPOSED] PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**

The Court has considered the Joint Stipulation for Protective Order Regarding Confidential Information concurrently filed by counsel for Plaintiff California Credits Group, LLC and Defendant The Briad Restaurant Group, L.L.C.. The Court approves the Stipulation for Protective Order and hereby enters said stipulation as an Order of the Court.

**IT IS SO ORDERED.**

Dated: August 29, 2022          By: _____
                                    Hon. Michael R. Wilner
                                    U.S. Magistrate Judge

**[PROPOSED] PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**