Paul S. Chan - State Bar No. 183406
    pchan@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
Jong-min Choi - State Bar No. 329474
    jmchoi@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff California Credits Group, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA CREDITS GROUP, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAD RESTAURANT GROUP, L.L.C., a New Jersey Limited Liability Company, and DOES 1-20,<br><br>Defendant. | CASE NO. 2:22-cv-01888-GW (MRWx)<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Assigned to Hon. George H. Wu |

3838551.1

The parties have reached a settlement agreement in principle and are currently preparing written documentation. The parties will provide a further status report to the Court on or before December 30, 2022, including whether the agreement has been executed. Accordingly, Plaintiff requests that the December 19, 2022 status conference be taken off calendar and all other deadlines in the case be stayed.

DATED:  December 15, 2022

Paul S. Chan
Marc E. Masters
Jong-min Choi
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By:  */s/ Paul S. Chan*
Paul S. Chan
Attorneys for Plaintiff California Credits Group, LLC